**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-1311**

———————————

AFAF KANAZEH,

Plaintiff - Appellant,

versus

MICHAEL K. MANN; PANTONG MANN; LAUREN SHEA;
KENNETH CROSSON; ARLENE L. PRIPETON,

Defendants - Appellees,

and

LOCKHEED MARTIN CORPORATION,

Defendant.

———————————

**No. 01-1354**

———————————

AFAF KANAZEH,

Plaintiff - Appellant,

versus

MICHAEL K. MANN; PANTONG MANN; LAUREN SHEA;
KENNETH CROSSON; ARLENE L. PRIPETON,

Defendants - Appellees,

and

LOCKHEED MARTIN CORPORATION,

                                              Defendant.

                    _____

                       No. 01-1521

                    _____

AFAF KANAZEH,

                              Plaintiff - Appellant,

        versus

MICHAEL K. MANN; PANTONG MANN; LAUREN SHEA;
KENNETH CROSSON; ARLENE L. PRIPETON,

                              Defendants - Appellees,

        and

LOCKHEED MARTIN CORPORATION,

                                              Defendant.

                    _____

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-00-2126-A)

                    _____

Submitted:  October 4, 2001          Decided:  October 17, 2001

                    _____

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

                    _____

Affirmed by unpublished per curiam opinion.

2

Afaf Kanazeh, Appellant Pro Se.  Randell Charles Ogg, SHERMAN, MEEHAN & CURTIN, P.C., Washington, D.C.; Carol Thomas Stone, JORDAN, COYNE & SAVITS, Fairfax, Virginia; Joseph Francis Cunningham, CUNNINGHAM & ASSOCIATES, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Afaf Kanazeh appeals from the district court's orders dismissing her eight motions as frivolous and enjoining her from filing any more pro se lawsuits against defendants.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. Kanazeh v. Mann, No. CA-00-2126-A (E.D. Va. filed Feb. 9, entered Feb. 15; filed Mar. 2, entered Mar. 8; filed Apr. 12, entered Apr. 19, 2001).  We deny Kanazeh's motion for relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED